UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 21-01587-DOC (AS) | Date | August 22, 2022 |
|---|---|---|---|
| Title | Luis Javier Quintana v. David Holbrook, et. al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**     **SECOND ORDER TO SHOW CAUSE RE PLAINITFF'S FAILURE TO FILE CASE MANAGEMENT REPORT**

    On June 30, 2022, the Court issued an Order to Show Cause ("OSC") why this action should not be dismissed with prejudice for Plaintiff's failure to prosecute this action by filing a Case Management Report in accordance with the Court's Case Management Order dated April 26, 2022. See Dkt. No. 32. Plaintiff was ordered to – on or before July 29, 2022 - file a Case Management Report. Id. Plaintiff was also warned that "failure to timely respond to the Court's Order may result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders. Id.

    To date, Plaintiff has failed to respond to the Court's Order, seek an extension of time to do so, or otherwise communicate with the Court.

    The Court will provide Plaintiff a **final opportunity** to respond to the OSC issued on June 30, 2022. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, **in writing, no later than September 12, 2022**, as to why this action should not be dismissed with prejudice for failure to prosecute this action by filing a Case Management Report. A copy of the Court's April 26, 2022 Order (Dkt. No. 30) is attached for Plaintiff's convenience.

    **If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A notice of dismissal form is attached for Plaintiff's convenience.**

    **Plaintiff is again warned that a failure to timely respond to this Order may result in a recommendation that this action be dismissed with prejudice under**

Page 1 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 21-01587-DOC (AS) | Date | August 22, 2022 |
|---|---|---|---|
| Title | Luis Javier Quintana v. David Holbrook, et. al., | | |

**Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

    IT IS SO ORDERED.

cc: David O. Carter
    United States District Judge