UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 21-01587-DOC (AS) | Date | September 14, 2022 |
|---|---|---|---|
| Title | Luis Javier Quintana v. David Holbrook, et. al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE HEARING**

The Court has issued two Orders to Show Cause ("OSC"), (Dkt. Nos. 32-33), why this action should not be dismissed with prejudice for Plaintiff's failure to prosecute this action by filing a Case Management Report in accordance with the Court's Case Management Order dated April 26, 2022. See Dkt. No. 32. The Case Management Order directed Plaintiff to – on or before July 29, 2022 - file a Case Management Report and warned Plaintiff that "failure to timely respond to the Court's Order may result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders. Id.

Plaintiff has failed to respond to the Court's Orders, seek an extension of time to do so, or otherwise communicate with the Court.

Accordingly, the Court sets this matter for an Order To Show Cause hearing on **Thursday, October 6, 2022 at 9:00 a.m**. The parties are directed to inform the Court if they wish to appear by video teleconference in lieu of a personal appearance in the Courtroom.

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A notice of dismissal form is attached for Plaintiff's convenience.**

**Plaintiff is again warned that a failure to appear at the hearing on October 6, 2022 or at a re-scheduled hearing will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 21-01587-DOC (AS) | Date | September 14, 2022 |
|---|---|---|---|
| Title | Luis Javier Quintana v. David Holbrook, et. al., | | |

**IT IS SO ORDERED.**

cc: David O. Carter
    United States District Judge